IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAMELA ROSKOWSKI,    CV 03-474-AS

       Plaintiff,    ORDER

v.

CORVALLIS POLICE OFFICERS'
ASSOCIATION, an Oregon non-profit
corporation, and THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, LOCAL 223,
a labor organization,

       Defendants.

**RICHARD C. BUSSE**
**MATTHEW B. DUCKWORTH**
Busse & Hunt
621 S.W. Morrison Street, Suite 521
Portland, OR 97205
(503) 248-2131

    Attorneys for Plaintiff

**LISA C. BROWN**
**KRISTIN L. BREMER**
Barran Liebman LLP
601 S.W. Second Avenue, Suite 2300
Portland, OR 97204
(503) 228-0500

    Attorneys for Defendant

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#76) on March 9, 2005, in which he recommended the Court grant Defendants' Motion for Summary Judgment (#42). Plaintiff filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#76) and, accordingly, **GRANTS** Defendants' Motion

for Summary Judgment (#42).

    IT IS SO ORDERED.

    Dated this 15th day of June, 2005.

                                        /s/ Anna J. Brown

                                     _____
                                     ANNA J. BROWN
                                     United States District Judge