UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAMELA ROSKOWSKI,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CORVALLIS POLICE OFFICERS'<br>ASSOCIATION, an Oregon non-profit<br>corporation; et al.,<br><br>　　　　Defendants - Appellees. | No. 05-35737<br>D.C. No. CV-03-00474-AJB/AS<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Oregon (Portland).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Oregon (Portland) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED.**

Filed and entered 10/10/07

A TRUE COPY  11/30/07
ATTEST

CATHY CATTERSON
Clerk of Court

by:_____
　　Deputy Clerk

This certification does constitute the mandate of the court.